# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:11cr336

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ANTONIO MOSLEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's *pro se* motion filed December 4, 2012. captioned "Brief in Support for Affidavit Motion to Dismiss on Grounds of Unconstitutionality, Bad Faith Prosecutorial Misconduct, Select Prosecution, Presumptively Prejudicial, Oppressive Pretrial, Recant Statement by Witness." (#57). Such five-page pleading is packed with legal conclusions, citations to case law, and use of legal phrases and jargon. Careful review of this pleading reveals no grounds for any relief. Such motion is, yet again, not appropriate for the reasons previously stated. L.Cr.R. 47.1(H). The court notes that this is defendant's 22nd pro se pleading while represented by counsel.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* motion (#57), to the extent it seeks relief, is **DENIED** for the reasons herein stated as well as in accordance with Rule 47.1(H), L.Cr.R.

**The Clerk of Court is instructed to calendar defendant's case, for the final time, for a sentencing hearing.**

**As petitioner has now filed 22 frivolous pro se motions with the court despite being represented by counsel, defendant is advised that the court will go forward with the sentencing on the date set by the Clerk, and he can elect at that time to proceed with his attorney, with any new counsel he may hire in the interim and who is then present, or be prepared to represent himself.**

Signed: December 8, 2012

Max O. Cogburn Jr.
United States District Judge