UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00336-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTONIO MOSLEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Return Property Pursuant to Rule 41(g). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government file a response to defendant's Motion to Return Property Pursuant to Rule 41(g) (#92) within 14 days.

Signed: 4/25/2014

Max O. Cogburn Jr.
United States District Judge