UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00336-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTONIO MOSLEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se pleading captioned "Affidavit" (#102). In this pleading, defendant appears to seek issuance of warrants for the arrest of his attorney, the case agent, and others involved in the robbery underlying defendant's case. Defendant is advised that in federal court, there is no procedure for citizens to seek issuance of arrest warrants; instead, federal complaints and indictments are brought by federally sworn law enforcement officers. "[T]he United States and its attorneys have the sole power to prosecute criminal cases in the federal courts," and private citizens cannot petition federal courts to compel the criminal prosecution of another person. <u>Maine v. Taylor</u>, 477 U.S. 131, 136 (1986); <u>Leeke v. Timmerman</u>, 454 U.S. 83, 86 (1981); <u>Lida R.S. v. Richard P.</u>, 410 U.S. 614, 619 (1973).

**ORDER**

**IT IS, THEREFORE, ORDERED** that Affidavit (#102), deemed to be a Motion for Issuance of Warrants for Arrest, is **DENIED**.

Signed: May 21, 2014

Max O. Cogburn Jr.
United States District Judge