IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-336-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO MOSLEY | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant pro se motion again requesting a sentence reduction under Amendment 782 to the United States Sentencing Guidelines. (Doc. No. 132).

The Court previously denied a similar request on the merits. (Doc. No. 113: Motion; Doc. No. 119: Order). The defendant has not shown that decision was in error.

**IT IS, THEREFORE, ORDERED** that defendant's motion, (Doc. No. 132), is **DENIED**.

Signed: August 29, 2018

Robert J. Conrad, Jr.
United States District Judge