IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-336-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO MOSLEY | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant pro se motion again requesting grand jury transcripts in support of a motion to vacate under 28 U.S.C. § 2255. (Doc. No. 128).

The Court previously denied a similar request on the merits. (Doc. No. 112: Motion; Doc. No. 118: Order). Since that time, the Court has denied the motion to vacate. (Doc. No. 133).

**IT IS, THEREFORE, ORDERED** that defendant's motion, (Doc. No. 128), is **MOOT**.

Signed: August 29, 2018

Robert J. Conrad, Jr.
United States District Judge